AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**STEVE EGNOT, et al.,**

      **Plaintiffs,**

                    **JUDGMENT IN A CIVIL CASE**

**v.**

                      **CASE NO. 2:12-CV-1008**
**TRIAD HUNTER LLC,**         **JUDGE EDMUND A. SARGUS, JR.**
                      **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

      **Defendant.**

\_\_\_     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the OPINION AND ORDER filed September 30, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: September 30, 2013                 JOHN P. HEHMAN, CLERK

                                      */S/ Andy F. Quisumbing*
                                      (By) Andy F. Quisumbing
                                      Courtroom Deputy Clerk